**Order filed, May 1, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00102-CR
_____

**SEDRICK DOMONIQUE HAYWOOD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1258266**

## ORDER

The reporter's record in this case was due **April 2, 2012**, 2012. *See* Tex. R. App. P. 35.1. On April 16, 2012, this court ordered the court reporter to file the record on or before May 16, 2012. To date, the record has not been filed with the court. Because the reporter's record will not be filed within the time prescribed, the court **GRANTS** your request and issues the following order.

We order **Wong Lee**, the substitute court reporter, to file the record in this appeal **on or before May 27. 2012. No further extension will be entertained.** The trial and

appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Wong Lee** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM